# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-1501 JVS (ANx) | Date  January 20, 2010 |
| Title  Mahmoud Ashouri v. Indymac Federal Bank FSB, et al. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  Order to Appear and Show Cause

    Defendant OneWest Bank, FSB has filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on February 1, 2010 at 1:30 pm. Plaintiff Mahmoud Ashouri has not opposed the motion, nor has he filed a notice of non-opposition as required by Local Rule 7-16.

    Plaintiff's counsel Bill Troiani shall appear at the hearing and show cause why he should not be sanctioned for failure to comply with the Local Rules.

 

                                                                                            : 00

Initials of Preparer   kjt