# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1501 JVS (ANx) | Date | March 1, 2010 |
| Title | Mahmoud Ashouri v. Indymac Federal Bank FSB, et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Dismissal for Lack of Prosecution

On January 20, 2010, the Court granted one of the defendant's motion to dismiss in part with prejudice and in part without prejudice. Plaintiff was granted 20 days to amend the complaint. As of today, an amended complaint has not been filed.

The Court hereby ORDERS plaintiff to show cause, in writing, not later than March 10, 2010, why this action should not be dismissed for lack of prosecution.

:   00

Initials of Preparer   kjt