UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 09-1501 JVS (ANx)                                Date   April 8, 2010

Title   Mahmoud Ashouri v. Indymac Federal Bank FSB, et al.

Present: The Honorable   James V. Selna

| Lori Anderson for Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Appear and Show Cause

    Defendant OneWest Bank, FSB has filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on April 19, 2010 at 1:30 pm. Plaintiff Mahmoud Ashouri has not opposed the motion, nor has he filed a notice of non-opposition as required by Local Rule 7-16. This is his second failure to comply with Local Rule 7-16—Ashouri failed to filed anything in response to OneWest's original motion to dismiss, as noted in a prior Order to Show Cause. (See Docket No. 6.)

    Moreover, Ashouri's counsel, Bill Troiani, failed to timely appear in compliance with the Court's Order to Show Cause. (See Docket No. 8.) The Court was forced to issue a bench warrant to compel Mr. Troiani's attendance. (Id.) At that time, the Court ordered Mr. Troiani to file a declaration within seven days that he had read and understood the Federal and Local Rules. (Id.) No declaration was filed.

    Finally, on March 1, 2010, the Court issued an Order to Show Cause why the action should not be dismissed for lack of prosecution. (Docket No. 11.) The Court received no response to the Order, though Ashouri filed an amended complaint, which was twenty-nine days late of the deadline set by the Court. (See Docket Nos. 7, 12.)

    Ashouri's counsel Bill Troiani shall appear at the hearing calendared for April 19, 2010, at 1:30 pm and show cause why he should not be sanctioned for his repeated failure to comply with the Local Rules and the Court's orders.

                                                                                : 00

                                                           Initials of Preparer   lma